**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No. 2:21-CR-023(1)** |
| | : | **JUDGE WATSON** |
| **v,** | : | |
| | : | |
| **PATRICK FOSTER** | : | |

### JOINT MOTION TO CONTINUE SENTENCING DATE

Now comes the United States government through the United States Attorney and counsel for the defendant and requests a continuance of the sentencing hearing date currently set for Friday, July 29, 2022, for the reason set forth in the memorandum in support.

<u>MEMORANDUM IN SUPPORT</u>

This Court has set a sentencing date of Friday, July 29, 2022.  In the interest of justice, the parties request a continuance of the date.  Counsel for the government and counsel for the defendant continue to discuss the defendant's sentencing guidelines.  The defense counsel has no objections.

For the above stated reason, the United States requests a continuance of the July 29, 2022, sentencing hearing date to another date amenable to the court.

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

s/Timothy D. Prichard
TIMOTHY D. PRICHARD (0059455)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Tel: (614) 469-5715
Tim.Prichard@usdoj.gov


s/Samuel H. Shamansky
SAMUEL H. SHAMANSKY
Counsel for Defendant
Patrick Foster

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing motion to continue the sentencing date was sent via email this 27th day of July 2022 to counsel for the defendant.

s/Timothy D. Prichard
TIMOTHY D. PRICHARD (0059455)
Assistant U.S. Attorney